IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN EDWARD MILLER                                                               PLAINTIFF

        V.                        No.  2:11-CV-02129

KEVIN R. DUGAN,
JERROD WAYNE SCOTT, and
THE CITY OF BARLING, ARKANSAS                               DEFENDANTS

**<u>ORDER</u>**

      Before the court is the Plaintiff's Motion to Compel (ECF No. 31) filed November 27, 2012 and Memorandum Brief (ECF No. 32) filed  and the Defendant's Response  (ECF No. 34) filed on December 6, 2012.  A hearing was held on December 7, 2012.

      The Motion to Compel (ECF No. 31) is GRANTED in PART and DENIED in PART consistent with the rulings made by the court from the bench on December 7, 2012.

IT IS SO ORDERED this December 14, 2012

                                                              /s/ J. Marschewski
                                                    HONORABLE JAMES R. MARSCHEWSKI
                                                    CHIEF UNITED STATES DISTRICT JUDGE