IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN EDWARD MILLER                                                                   PLAINTIFF

VS.

KEVIN R. DUGAN, JERROD WAYNE SCOTT
AND CITY OF BARLING                                                                  DEFENDANTS

Case 11-2129
**JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff John Edward Miller having accepted the Offer of Judgment of Defendants Kevin R. Dugan, Jerrod Wayne Scott and City of Barling (ECF Doc. 37),

**JUDGMENT** is hereby entered in favor of Plaintiff John Edward Miller and against Defendants Kevin R. Dugan, Jerrod Wayne Scott and City of Barling jointly in the amount of $40,000.00 plus costs and attorneys fees.

Dated this 18th day of December, 2012.


CHRISTOPHER R. JOHNSON
CLERK OF COURT

By: *Sallie Hicks*
Deputy Clerk